CARL D. GUARCO *v.* WILLIAM CURTIS, JR., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 16 Conn. App. 803, is denied.

*Thomas P. Griffen,* in support of the petition.

*Robert E. Beach, Jr.,* in opposition.

Decided November 10, 1988

HOUSING AUTHORITY OF THE TOWN OF
EAST HARTFORD *v.* ELIZABETH HIRD

The defendant's petition for certification for appeal from the Appellate Court, 13 Conn. App. 150, is denied.

*Bruce J. Batts,* in support of the petition.

*Michael E. Wolf,* in opposition.

Decided November 17, 1988